1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:11-CR-429 JAM

12              Plaintiff,               STIPULATION AND ORDER TO CONTINUE

13       v.

14 CHRISTOPHER W. MACQUEEN,

15              Defendant.

16

17       Plaintiff and Defendant, by their attorneys, stipulate and agree that the Court should continue the

18 hearing on Defendant's Motion to Dismiss (Dkt. 153) to December 15, 2015 at 9:00 a.m.. The parties

19 request that the briefing schedule be set as follows:

20       December 4, 2015     Government Opposition Due

21       December 11, 2015    Defendant's Reply Due

22       Defendant MacQueen's Motion to Dismiss (Dkt. 153) is related to the Court's Order on Co-

23 defendant Johnson's Motion to Dismiss, which dismissal was recently affirmed by the Ninth Circuit.

24 (Dkt. 143, 418.) The Court had ordered that the Government respond to Defendant MacQueen's Motion

25 to Dismiss two weeks after the issuance of a final order from the Ninth Circuit on the Johnson Appeal.

26 (Dkt. 155.)

27       The parties are in the process of exploring ways to obviate further litigation of this matter, but

28 need additional time to either resolve the matter or brief it. The matter is being attended to by a new

prosecutor due to the transfer of one of the original AUSAs and the extended leave being appropriately taken by the other original AUSA.

Exclusion is also appropriate in light of Defendant Macqueen's pending motion. *See* 18 U.S.C. § 3161(h)(1)(D); Local Code E.

Respectfully submitted,

Dated:  November 20, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney

                                        By:  /s/ MATTHEW D. SEGAL
                                             MATTHEW D. SEGAL
                                             Assistant United States Attorney


                                             /s/ Malcolm Segal
Dated:  November 20, 2015                    MALCOLM SEGAL
                                             Attorney for Defendant


ABSENT FURTHER STIPULATIONS, THE OPPOSITION BRIEFS AND REPLY BRIEF ARE DUE ON THE DATES SET FORTH ABOVE.  THE DECEMBER 15, 2015 HEARING DATE IS **VACATED AND THE MATTER IS SET FOR STATUS ON JANUARY 12, 2016.  IT IS SO ORDERED.**

Dated:  November 20, 2015                    /s/ JOHN A. MENDEZ
                                             HON. JOHN A. MENDEZ
                                             U.S. District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE               2