BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
|---|---|
| Plaintiff, | STIPULATION AND TO VACATE BRIEFING SCHEDULE AND SET STATUS CONFERENCE |
| v. | |
| CHRISTOPHER W. MACQUEEN, | |
| Defendant. | |

   Plaintiff and Defendant, by their attorneys, stipulate and agree that the Court vacate the briefing schedule set for Defendant's Motion to Dismiss. (Dkt. 153). The parties anticipate entering into a deferred prosecution agreement.

//
//
//
//
//
//
//
//
//

1  The parties request that the Court set a status conference for 9:15 a.m. on January 19, 2016. For the time being, exclusion of time remains appropriate in light of Defendant Macqueen's pending motion. *See* 18 U.S.C. § 3161(h)(1)(D); Local Code E.

Respectfully submitted,

Dated: December 3, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney

Dated: December 3, 2015

/s/ Malcolm Segal
MALCOLM SEGAL
Attorney for Defendant

SO ORDERED.

Dated: 12/4/2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge