BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
|---|---|
| Plaintiff, | STIPULATION AND [ORDER] TO EXCLUDE TIME FOR DEFERRED PROSECUTION |
| v. | |
| CHRISTOPHER W. MACQUEEN, | |
| Defendant. | |

The parties have entered into a deferred prosecution agreement (attached). The parties ask that the Court approve the agreement and exclude time to December 31, 2016. *See* 18 U.S.C. § 3161(h)(2).

Respectfully submitted,

Dated: January 15, 2016                BENJAMIN B. WAGNER
                                       United States Attorney

                                   By: /s/ MATTHEW D. SEGAL
                                       MATTHEW D. SEGAL
                                       Assistant United States Attorney

Dated: January 15, 2016                /s/ Malcolm Segal
                                       MALCOLM SEGAL
                                       Attorney for Defendant

**SO ORDERED**

Dated: 1/15/2016                        /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       U.S. District Court Judge