PHILLIP A. TALBERT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
| Plaintiff, | MOTION AND ORDER TO DISMISS |
| v. | |
| CHRISTOPHER WARREN MACQUEEN, | |
| Defendant. | |

Pursuant to the Deferred Prosecution Agreement in this case, the United States moves to dismiss all counts against Defendant MacQueen. See Dkt. 424-1; Fed. R. Crim. P. 48(a). This motion is unopposed.

Dated: December 19, 2016          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ MATTHEW D. SEGAL
                                  MATTHEW D. SEGAL
                                  Assistant United States Attorney

SO ORDERED.

DATED: December 22, 2016

                                  **/s/ JOHN A. MENDEZ**
                                  HON. JOHN A. MENDEZ
                                  U.S. District Court Judge